THE CITY OF NEW YORK, Respondent, v. MARYLAND CASUALTY COMPANY and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and

disbursements, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.